# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Larry Cline, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:15-cv-00096-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Aetna Life Insurance Company, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2017 Order.

                                             November 15, 2017

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court