# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-00096-RLV-DSC

| | |
|---|---|
| LARRY CLINE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the Court on its own Motion to enter final judgment herein. On November 15, 2017, the Court entered judgment in favor of the Plaintiff, leaving the question of the amount of insurance benefits and attorney's fees open pending further submissions by the parties. The parties have now resolved those questions and the stipulated amounts have been paid in full by Defendant to Plaintiff, according to the "Joint Report and Stipulation" (Doc. 25) filed on December 14, 2017. Therefore, all matters in this action having been adjudicated and settled, judgment herein is made final and the case is DISMISSED with prejudice.

Signed: December 20, 2017

Richard L. Voorhees
United States District Judge